CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR, LLP
61 Broadway, Suite 3000
New York, New York 10006
(212) 344-7042
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SK Shipping (Singapore) PTE Ltd.<br><br>                              Plaintiff,<br><br>- against -<br><br>China National Chartering Corporation<br><br>                              Defendant | 07 Civ 3059 (HB)<br><br>**RULE 7.1 STATEMENT** |

Pursuant to the provisions of Fed.R.Civ.P. 7.1, in order to enable the judges and magistrate judges of this Court to evaluate possible disqualification or recusal, I, Randolph H. Donatelli, as a member of the bar of this Court and a member of the firm Cichanowicz, Callan, Keane, Vengrow and Textor, LLP, attorneys for plaintiff, certify upon information and belief that plaintiff is a foreign corporation that has no corporate parents, subsidiaries or affiliates that are publicly held.

Dated: New York, New York
       April 16, 2007

                                            Respectfully submitted,
                                            CICHANOWICZ, CALLAN, KEANE,
                                             VENGROW & TEXTOR, LLP
                                             Attorneys for Plaintiff

                                             By: _____
                                             Randolph H. Donatelli (RHD/5359)
                                             61 Broadway, Suite 3000
                                             New York, New York 10006
                                             (212) 344-7042