8937/RHD
CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR, LLP
61 Broadway, Suite 3000
New York, New York 10006-2802
(212)344-7042
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SK Shipping (Singapore) PTE Ltd.<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　　　- against -<br><br>China National Chartering Corporation<br><br>　　　　　　　　　　　　Defendant | 07 Civ. 03059 (HB)<br><br>**NOTICE OF MOTION** |

　　　　Please take notice that upon the declaration of Randolph H. Donatelli and the exhibits annexed thereto, the declaration of Philip Burns and the exhibits annexed thereto, the accompanying memorandum of law, and upon all prior pleadings and proceedings herein, plaintiff will move this Court before the Honorable Harold Baer, United States District Judge, United States Courthouse, 500 Pearl Street, New York, New York, for an order pursuant to the New York Convention on the Recognition and Enforcement of Foreign Arbitral Awards, 9 U.S.C. § 201-208, to confirm the final London arbitration award rendered on March 9, 2007 in favor of plaintiff and against defendant and directing that judgment thereon be entered in favor of plaintiff and against defendant, and that such judgment be satisfied from defendant's funds that are now under restraint with HSBC Bank, and for such other and further relief as this Court may deem just and proper.

Dated: New York, New York
　　　　June 27, 2007

Respectfully submitted,
CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
Attorneys for Plaintiff

By: __s/ Randolph H. Donatelli__
        Randolph H. Donatelli (RD-5359)
61 Broadway, Suite 3000
New York, New York 10006-2802
(212)344-7042

To:    Blank Rome LLP
        The Chrysler Building,
        405 Lexington Avenue
        New York, NY 10174-0208
        Attn.: Jack A. Greenbaum, Esq.