8937/RHD
CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR, LLP
61 Broadway, Suite 3000
New York, New York 10006-2802
(212)344-7042
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SK Shipping (Singapore) PTE Ltd.<br><br>          Plaintiff,<br><br>   - against -<br><br>China National Chartering Corporation<br><br>          Defendant | 07 Civ. 03059 (HB)<br><br>**DECLARATION OF<br>RANDOLPH H. DONATELLI** |

1. I am an attorney with the law firm of Cichanowicz, Callan, Keane, Vengrow & Textor LLP, counsel for plaintiff in the above matter.

2. I am personally familiar with all facts and circumstances set forth herein.

3. I make this declaration in support of plaintiff's motion seeking an order pursuant to the Convention on the Recognition and Enforcement of Foreign Arbitral Awards, 9 U.S.C. § 201 et seq., to confirm the final arbitration award rendered in London on March 9, 2007 in favor of plaintiff and against defendant, and directing the entry of judgment thereon against defendant, and that such judgment be satisfied from the defendant's funds now under restraint with HSBC Bank.

4. Plaintiff's application is based on a final arbitration award rendered in London in its favor against defendant on March 9, 2007, as fully explained in the accompanying declaration of Philip Burns, who represented plaintiff in the

London arbitration proceeding. A certified copy of the final arbitration award is annexed to Mr. Burns's declaration.

5. On April 16, 2007 plaintiff, pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, commenced this action. A true and correct copy of plaintiff's Verified Complaint is attached hereto as Exh. 1.

6. On April 20, 2007 plaintiff obtained an order from this Court directing that process of maritime attachment and garnishment issue with respect to the defendant. True and correct copies of said order and the process of maritime attachment and garnishment issued by the Clerk of the Court are attached hereto as Exh. 2.

7. As a result of service of the process of maritime attachment and garnishment, $34,719.46 belonging to defendant was restrained on or about April 26, 2007 by HSBC Bank, one of the garnishee banks upon which the process of maritime attachment and garnishment had been served. A true and correct copy of the HSBC's April 26, 2007 fax confirming this restraint is attached hereto as Exh. 3.

8. Defendant was provided with prompt notice of the attachment as required by Local Admiralty Rule B2. A true and correct copy of my April 26, 2007 fax to defendant's counsel giving such notice is attached hereto as Exh. 4.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at New York, New York on this 27th day of June 2007.

By: _____
Randolph H. Donatelli