# EXHIBIT 2

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SK Shipping (Singapore) PTE Ltd.<br><br>           Plaintiff,<br><br>- against -<br><br>China National Chartering Corporation<br><br>           Defendant | 07 Civ. 03059 (HB)<br><br>**EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT** |

**WHEREAS,** on April 16, 2007 plaintiff filed a Verified Complaint herein for damages amounting to $34,719.46 and praying for the issuance of Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal Rules and Civil Procedure; and

**WHEREAS,** the Process of Maritime Attachment and Garnishment would command that the United States Marshal or other designated process server attach any and all of the property of the Defendant within the District of this Court; and

**WHEREAS,** the Court has reviewed the Verified Complaint and the supporting declaration, and the conditions of Supplemental Admiralty Rule B appearing to exist, it is hereby

**ORDERED,** that Process of Maritime Attachment and Garnishment shall issue against all tangible or intangible property belonging to, claimed by or being held for the Defendant by any garnishees within this District, including, but not limited to, American Express Bank, Bankers Trust, Bank of America, Bank of China, Bank of New York, Barclays Bank, BNP Paribas, Calyon, Citibank, Credit Suisse First Boston, Deutsche Bank, HSBC (USA) Bank, J.P. Morgan Chase, Standard Chartered Bank, Union Bank of Switzerland and/or Wachovia Bank in an amount up to and including $34,719.46 pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and it is further

ORDERED, that any person claiming an interest in the property attached or garnished pursuant to said order shall, upon application to the Court, be entitled to a prompt hearing at which the Plaintiff shall be required to show cause why the attachment and garnishment should not be vacated or other relief granted; and it is further

ORDERED, that supplemental process enforcing the Court's Order may be issued by the Clerk upon application without further Order of the Court; and it is further

ORDERED, that following initial service by the United States Marshal or other designated process server upon each garnishee, that supplemental service of the Process of Maritime Attachment and Garnishment, as well as this Order, may be made by way of facsimile or email transmission to any garnishee that advises Plaintiff that it consents to such service; and it is further

ORDERED, that service on any garnishee as described above is deemed effective continuous service throughout that day from the time of such service through the opening of the garnishee's business the next business day; and it is further

ORDERED, that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) each garnishee may consent, in writing, to accept service by any other means; and it is further

ORDERED, that a copy of this Order be attached to and served with said Process of Maritime Attachment and Garnishment.

SO ORDERED, this 20 day of April 2007

U.S.D.J.

A CERTIFIED COPY
J. MICHAEL McMAHON,   CLERK

BY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SK Shipping (Singapore) PTE Ltd.<br><br>                                  Plaintiff,<br><br>- against -<br><br>China National Chartering Corporation<br>                                  Defendant | 07 Civ. 03059 (HB) |

**SUMMONS WITH PROCESS OF
MARITIME ATTACHMENT AND GARNISHMENT**

THE PRESIDENT OF THE UNITED STATES OF AMERICA.

To the Marshal of the U.S. District Court for the Southern District of New York,

GREETINGS:

WHEREAS, the attached Verified Complaint in admiralty was filed herein for damages alleged to be due the said Plaintiff amounting to $34,719.46 and praying that process of attachment and garnishment be issued;

WHEREAS, said Verified Complaint is supported by a declaration that the defendant cannot be found in this District;

NOW, THEREFORE, we do hereby command that you attach defendant's goods, chattels, credits, and effects up to the amount sued for, namely: the property of defendant within the District, including monies owed to defendant by, or otherwise held by the following garnishees, to the extent of $34,719.46:

                American Express Bank
      200 Vesey Street, One Financial Center
                  New York, New York

                    Bank of America
                 40 West 57th Street
                   New York, New York

Bank of China
410 Madison Avenue
New York, New York

Bank of New York
One Wall Street
New York, New York

BNP Paribas
787 Seventh Avenue
New York, New York

Barclays Bank
200 Park Avenue
New York, New York

Calyon New York
1301 Avenue of the Americas
New York, New York

Citibank, Legal Service Intake Unit
1 Court Square, Long Island City
Queens, New York

Credit Suisse First Boston
One Madison Avenue
New York, New York

Deutsche Bank
60 Wall Street
New York, New York

HSBC (USA) Bank
120 Broadway
New York, New York

JP Morgan Chase
1 Chase Manhattan Plaza
New York, New York

Standard Chartered Bank
1 Madison Avenue
New York, New York

Union Bank of Switzerland
299 Park Avenue
New York, New York

Wachovia Bank
360 Madison Avenue
New York, New York

And, that you promptly, after execution of this process, file same with the Court, with your return thereon; and

Each garnishee is required, pursuant to Rule B(3)(a) of the Supplement Rules for Certain Admiralty and Maritime Claims, to serve upon Plaintiff's attorneys, Cichanowicz, Callan, Keane, Vengrow & Textor, LLP, 61 Broadway, Suite 3000, New York, New York 10006-2802, an answer to the Verified Complaint, together with answers to any interrogatories which may be served with the Verified Complaint, within 20 days after service of this Summons With Process of Maritime Attachment and Garnishment.

Defendant is required, pursuant to Rule B(3)(b) of the Supplemental Rules for Certain Admiralty and Maritime Claims, to serve upon Plaintiff's attorneys, Cichanowicz, Callan, Keane, Vengrow & Textor, LLP, 61 Broadway, Suite 3000, New York, New York 10006-2802, its answer within 30 days after process has been executed, whether by attachment of property or service on the garnishee

WITNESS, The Honorable Judges of this
Court on this 20 day of April, 2007

J. Michael McMahon, Clerk

By: _____
Deputy Clerk

A CERTIFIED COPY
J. MICHAEL McMAHON, CLERK

BY _____
DEPUTY CLERK

3