# EXHIBIT 3



April 26, 2007

Randolph Donatelli
Cichanowicz, Callan, Keane, Vengrow & Textor, LLP
61 Broadway
Suite 3000
New York, NY 10006-2802

Dear Mr. Donatelli:

Re:  Writ of Maritime Attachment and Garnishment
     China National Charting Corporation
     Court Index No. 07 Civ. 03059

This will confirm our recent telephone conversation where we advised you HSBC Bank USA, N.A. has captured a wire payment for the benefit of China National Charting Corporation in response to the captioned Writ of Maritime Attachment and Garnishment. You directed HSBC Bank USA, N.A. to hold 34,719.46 of this payment. The payment is in the amount of $328,533.34. The remaining balance of $293,813.88 will be released as you instructed.

If I can be of further assistance, please contact me at (716) 841-2639.

Sincerely,

John Cyna
Legal Assistant
Legal Processing Department