# EXHIBIT 4

LAW OFFICES OF
# CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR, LLP
61 BROADWAY, SUITE 3000
NEW YORK, N.Y. 10006-2802

PAUL M. KEANE
‧STEPHEN H. VENGROW[1]
JAMES M. TEXTOR*
JOSEPH F. DE MAY, JR.
RANDOLPH H. DONATELLI#
PATRICK MICHAEL DeCHARLES II‡

JESSICA A. DE VIVO°
IRENE M. ZANETOS°
KASIA WALCH°

†ALSO ADMITTED TO DISTRICT OF
  COLUMBIA, MAINE & NEW JERSEY
*ALSO ADMITTED TO PENNSYLVANIA
#ALSO ADMITTED TO GEORGIA
‡ALSO ADMITTED TO NEW JERSEY & TEXAS
°ALSO ADMITTED TO NEW JERSEY

TELEPHONE: (212) 344-7042
TELEFAX: (212) 344-7285
TELEFAX: (212) 344-3988
E-MAIL: BYCALAN@EMAIL.MSN.COM

NEW JERSEY OFFICE
75 MONTGOMERY STREET, SUITE 200
JERSEY CITY, NJ 07302
(201) 209-0960

A.J. MARINO
OF COUNSEL

BYRON KING CALLAN
(1914-1992)
VICTOR S. CICHANOWICZ
(1918-1989)

## TELEFAX

**April 26, 2007**

DESTINATION FAX NO.: (212) 885-5001 / (917) 332-3834
TO: Blank Rome LLP
ATTN: Jack A. Greenbaum, Esq.

FROM: Randolph H. Donatelli

RE: SK Shipping (Singapore) PTE Ltd. v.
China National Chartering Corporation.
07 Civ. 03059 (HB)
Our Ref.: 8937/RHD

Dear Jack:

  Pursuant to Local Admiralty Rule B2, and with reference to your April 24 email, please see the attached notice from HSBC.

          Best regards,

          CICHANOWICZ, CALLAN, KEANE,
          VENGROW & TEXTOR, LLP

          Randolph H. Donatelli

RHD/js