# EXHIBIT C

| | |
|---|---|
| **Hammond Dale** | |
| From: | Hammond Dale |
| Sent: | 27 September 2006 16:37 |
| To: | 'ops@sinochart.com.cn' |
| Cc: | 'yschoi@skshipping.com'; 'shson2@skshipping.com'; 'jkmin@skshipping.com' |
| Subject: | TAI CHUNG C/P dated 26th January 2006 (Our Ref: 2006/3953) |



Document.pdf

Attn: Mr Guo Qian, Operations Department, Sinochart

Please see the attached fax that we have been unable to get through to your fax number today. We look forward to hearing from you.

Best Regards

Dale Hammond

# Fax



| | |
|---|---|
| **To** | Sinochart |
| **Attention** | Mr Guo Qian, Operations Department |
| **Fax No.** | 00 86 1062295670 |
| **Your Ref.** | |

| | |
|---|---|
| **From** | Dale Hammond |
| **Our Ref.** | FDD/DH/2006/3953/mr |
| **Date** | 27 September 2006 |
| **No. of pages** | 3 |

The Britannia Steam Ship
Insurance Association Limited

*Managers*
Tindall Riley (Britannia) Limited
New City Court
20 St Thomas Street
London SE1 9RR

Tel +44 (0)20 7407 3588
Fax +44 (0)20 7403 3942

The Britannia Steam Ship Insurance Association Limited Reg. No. 10340 England. Authorised and regulated by the Financial Services Authority. This Fax is confidential and may be privileged. It may be read, copied and used only by the addressee. If you have received this in error, please contact us immediately.

cc   SK Shipping Co., Ltd., Seoul
     Attn: Son, Soo-Ho, Insurance & Legal Affairs Team
     Yref: SON/06/09/01
     Fax: 00 822 3788 8779

cc   SK Shipping, Singapore
     Attn: Y.S. Choi
     Fax: 00 65 6227 5177

**TAI CHUNG**
**C/P dated 26th January 2006**

We have the FDD entry for the TAI CHUNG on behalf of her disponent Owners, SK Shipping (Singapore) Pte Limited.

Our Members have brought to our attention the fact that there is a balance due from you to them under the captioned Charter Party of USD26,458.29. A copy of our Members' final hire statement is enclosed for ease of reference.

We have noted the correspondence you have had with our Members regarding the time spent on the voyage from DLOSP Dubai to the redelivery point at PMO. As our Members have repeatedly explained to you, the vessel proceeded directly from DLOSP Dubai to PMO, albeit at less than the Charter Party speed. To take account of this, our Members have therefore calculated hire up to the time that the vessel would have been redelivered if she had performed the voyage at the Charter Party speed, i.e. redelivery would have been at 18:24 GMT on 6th March 2006. Members have also estimated the BOR quantity on the basis of redelivery at that time. These adjustments are reflected in our Members' final hire statement and fully compensate you for any potential loss

you may have suffered as a result of the vessel's slow steaming between DLOSP Dubai and the redelivery point at PMO.

In the circumstances, we look forward to receiving your confirmation that the outstanding hire balance of USD26,458.29 will be received by our Members within the next 7 days. If the said sum is not paid, our Members will have no other option than to commence arbitration immediately in accordance with the Charter Party and will take such steps as they deem necessary to secure their claim by arresting your assets. We trust, however, that this will not be necessary and look forward to receiving confirmation that the outstanding hire will be paid. In the meantime, all our Members' rights are reserved.

Best regards

Dale Hammond

# SK SHIPPING ( SINGAPORE ) PTE LTD

9 Raffles Place #63-03 Republic Plaza Singapore 048619
M/net Email : ynjcong@skshipping.com, steven@skshipping.com
TLX : RS26607YKLINE

GST REG NO. : 199406619-C
Tel : (65) 6227-6636
Fax : (65) 6227-6466

Date : 06-Aug-06
Inv No : YKS0604-703

TO: Sinochart
CC: Seanet Vancouver
A/C: Monica
FM: SK Shipping (S)Pte Ltd
RE: MV. Tai Chung V2

**PLS FIND OUR FINAL HIRE STATEMENT FOR SAID VESSEL ASF;**

| Hire | From | 06-1-28 7:35 BSD GMT | | DELIVERY DLOSP KAOSHIUNG | | | |
|---|---|---|---|---|---|---|---|
| | To | 08-3-8 18:24 BSD GMT | | REDEL PMO | | | |
| | Total duration | 37.450694 Days | | | | | |
| | Baverage | 1.25% | | Daily Hire | 12500 | | |
| | add.comm | 3.75% | | | | | |
| | IFO Price | 330PMT | | MDO Price | 550PMT | | |

| | | | | | DAYS | DR | CR |
|---|---|---|---|---|---|---|---|
| OFF HIRE | | | | | | | |
| 1. Hire due to Owners | 12500PDY | x37.4507Days | | | | | 468,133.58 |
| Less | 5.00% Comm | | | | | 23,406.68 | |
| 2. COD | IFO | 617.200MT | | | | | 203,676.00 |
| | MDO | 46.100MT | | | | | 25,355.00 |
| 3. OR | IFO | 608.180MT | | | | 200,699.40 | |
| | MDO | 52.070MT | | | | 28,638.50 | |
| 4. OHC | | | | | | | 10,000.00 |
| 5. M/E | | USD1,200 | | | | | 1,498.03 |
| 6. Less recv | | | | | | 357,433.58 | |
| | | | | | | 44,841.01 | |
| | | | | | | 23,812.10 | |
| | | | | | | 3,573.16 | |
| | TOTAL | | | | | 708,662.703 | 708,662.70 |
| | BALANCE DUE OWS | | | | | 682,204.41 | |
| | | | | | | 26,458.29 | |
| | | | | | | 708,662.703 | |

Pls kindly remit to the flwg bank details :

Bank of New York, New York
(Swift Code: IRVTUS3N)
DnB NOR Bank ASA, Singapore Branch
(Swift Code: DNBASGSG)
CHIPS UID 093251
Account No: 8900429577
In favor of SK Shipping (S) Pte Ltd
Account No: 4030001

MR Y S CHOI
MANAGER