# EXHIBIT D

**Burns Philip**

From: Burns Philip
Sent: 27 October 2006 12:13
To: 'ops@sinochart.com.cn'
Subject: "Tai Chung"

Importance: High

Document.pdf

Please see the attached.

1

# Fax

**Britannia**

| | |
|---|---|
| To | Sinochart |
| Attention | Mr Guo Qian, Operations Department |
| Fax No. | 00 86 1062295670 |
| Your Ref. | |

The Britannia Steam Ship
Insurance Association Limited

*Managers*
Tindall Riley (Britannia) Limited
New City Court
20 St Thomas Street
London SE1 9RR

| | |
|---|---|
| From | Philip Burns |
| Our Ref. | FDD/DH/PKB/2006/3953/jc |
| Date | 27 October 2006 |
| No. of pages | 1 |

Tel +44 (0)20 7407 3588
Fax +44 (0)20 7403 3942

The Britannia Steam Ship Insurance Association Limited Reg. No. 10340 England. Authorised and regulated by the Financial Services Authority. This Fax is confidential and may be privileged. It may be read, copied and used only by the addressee. If you have received this in error, please contact us immediately.

cc   SK Shipping Co., Ltd, - Seoul
     Attn:  Son, Soo-Ho, – Insurance &
            Legal Affairs Team
     Ref:   SON/06/09/01
     Fax:   00 822 3788 8779

cc   SK Shipping Co., Ltd, - Singapore
     Attn:  Y.S. Choi
     Ref:
     Fax:   00 822 3788 8779

**TAI CHUNG**
**Charter Party DATED 26th January 2006**

We refer to the above matter and in particular to our fax message of 27th September 2006 in which we are yet to receive a reply.

As you know, disponent Owners are entitled to a sum of US$26,458.29 which remains outstanding. The reason why this sum is due has been fully explained to you.

Kindly note that Members have now elected to commence arbitration proceedings and to that effect propose to appoint Mr Bruce Harris as sole arbitrator. In accordance with the LMAA small claims procedure. Unless we hear from you within 14 days, we shall write to the LMAA for confirmation that Mr Bruce Harris can sit as sole arbitrator.

In order to avoid litigation as set out above, please confirm that you will remit the outstanding sums without further delay.

Kind Regards

Philip Burns
Pburns@triley.co.uk

g:\brit\claimhan\pkb\fax\tai chung = sinochart.doc