# EXHIBIT E

15 January 2007

The Honorary Secretary
Simon Gault
The LMAA
124 Aldersgate Street
London
EC1A 4JQ

Our Ref:   FDD/DH/PKB/2006/3953/jc
Your Ref:

Dear Sir,

**TAI CHUNG**
**Charter Party dated 26th January 2006**

Kindly note that we represent SK Shipping, the disponent Owners of the TAI CHUNG. For your guidance, SK Shipping chartered the vessel to Sinochart under a Charter Party dated 26th January 2006 for a one time charter trip. The contract was based upon a recap message and pro-forma Charter Party. Upon completion of the fixture, the vessel was redelivered to SK Shipping on 6th March 2006.

A dispute has arisen concerning an alleged balance of hire that remains due to SK Shipping. Unfortunately, repeated efforts to reach an amicable solution have proved fruitless. The total sum in dispute falls within the LMAA Small Claims Procedure limit as incorporated into the Charter Party by virtue of Clause 30.

SK Shipping have made frequent attempts to correspond with Sinochart by fax message and e-mail with a view to appoint a sole arbitrator. Regrettably, all messages sent by SK Shipping remain unanswered. For your reference, please find enclosed evidence that e-mails sent have been deleted without reading which demonstrate Sinochart's unwillingness to cooperate.

Sinochart's contact details are set out below for your ease of reference:

| | | | |
|---|---|---|---|
| ADDRESS: | RM 818 Sinotrans Paza a<br>A 43<br>Xizhimen Beidajie<br>Beijing 100044<br>China | FAX NO.:<br>E-MAIL: | + 86 10 6229 5251<br>ops@sinochart.com.cn |
| PIC: | Mr Guo Qian (Operations Department) | | |

In the circumstances, and in accordance with Clause 2(b) of the LMAA Small Claims Procedure, we hereby request that the President of the LMAA appoints a sole arbitrator to hear the reference. For the sake of good order, kindly note that SK Shipping had suggested Mr Bruce Harris to stand as sole arbitrator and this would be their preferred choice. In any event, please find enclosed a letter of claim together with supporting documentation (including a copy of the governing contract) and the appropriate small claims fee together with £100 as set out in section 2(b) of the Terms.

We look forward to hearing from the President at his earliest convenience. In the meantime, please let us know if we can be of any further assistance.

Yours faithfully
for Tindall Riley (Britannia) Ltd.


Philip Burns

**Burns Philip**

| | |
|---|---|
| From: | ???? [sinochart-liuyan@sinotrans.com] |
| To: | Burns Philip |
| Sent: | 20 November 2006 07:08 |
| Subject: | Not read: urgent |

Your message

    To:        sinochart-liuyan@sinotrans.com
    Subject:

was deleted without being read on 20/11/2006 07:08.

1

**IN THE MATTER OF THE ARBITRATION ACT 1996**

**AND**

**IN THE MATTER OF AN ARBITRATION**

**BETWEEN**

### SK SHIPPING (SINGAPORE) PTE LTD

**Claimants / Owners**

- and -

### CHINA NATIONAL CHARTERING CORPORATION ("SINOCHART")

**Respondents / Charterers**

*"TAI CHUNG"*

---
### CLAIM SUBMISSIONS
---

1. This is a claim for unpaid hire and bunkers.

2. By an amended NYPE time Charter Party further amended and confirmed in a recap email dated 26 January 2006 (the "Charter Party", appended and served herewith), it was agreed between the Claimants as disponent Owners of the bulk carrier *"TAI CHUNG"* (the "vessel") and the Respondents as Charterers that Owners would charter the vessel to Charterers on the terms thereof.

1

3. The said recap email incorporates by reference the amended terms of a previous amended NYPE Charter Party dated 11 August 2004.

4. The terms of the Charter Party provided inter alia as follows (words in square brackets being derived from the recap email):

> **Line 13** – *Witnesseth, That the said Owners agree to let, and the said Charterers agree to hire the said vessel from the time of delivery, for [ONE TCT WITH BULK CEMENT VIA UBE TO DUBAI DUR ABT 30-35DS WOG]*
>
> **Clause 4** – *That the Charterers shall pay for the use and hire of the said Vessel [HIRE USD12500 DILOT] commencing on and from the day of her delivery, as aforesaid, and at and after the same rate for any part of a day; hire to continue until the hour of the day of her re-delivery in like good order and condition, ordinary wear and tear excepted, to the Owners (unless lost) at [PMO ATDNSHINC]...unless otherwise mutually agreed.*
>
> **Clause 15** – *That in the event of loss of time from ... any other cause whatsoever preventing the full working of the vessel, the payment of hire shall cease for the time thereby lost ...*
>
> **Line 18** – *Vessel to be placed at the disposal of Charterers on dropping last outward sea pilot one safe port, [KAOHSIUNG], any time day or night Sundays and holidays included ...*
>
> *[Speed / Consumption*
>
> *ABT 14.00K ON ABT 33.00MT IFO + ABT 2MT MDO*
>
> *ABT 12.00K ON ABT 25.00 MT IFO + ABT 2MT MDO (ECO)]*

5. The Charter Party, final hire statement and extracts from the vessel's log recording this and all other material events in the course of the charter are appended hereto.

6. The vessel was duly delivered by dropping last outward sea pilot ("DLOSP") Kaohsiung and, therefore, occurred at 0735 GMT on 28 January 2006.

7. Charterers purported to redeliver the vessel at DLOSP Dubai at 1912GMT on 5 March 2006. Such purported redelivery was not permitted by the terms of the Charter Party set out above.

8. Thereafter, the vessel proceeded to Muscat and was redelivered by Passing Muscat outbound ("PMO") at 0505GMT on 8 March 2006.

2

9. However, in the premises:

    (1) The vessel slow steamed between Dubai and Muscat in order to undertake hold cleaning.

    (2) Without prejudice, Owners will treat the vessel as off-hire under Clause 15 for the time thereby lost and have given credit for that period.

    (3) Had the vessel proceeded to PMO at the stipulated Charter Party speed, she would have been redelivered by PMO at 1824 GMT on 6 March 2006.

10. Charterers have made payments on account of hire and bunkers but have paid hire only until DLOSP Dubai but have refused to pay for hire or bunkers after that purported redelivery.

11. Accordingly:

    (1) bunkers; and

    (2) hire at the rate of US$12,500 per day pro rata less an allowance for commission at 5%

    remain due and owing for the period between 1912GMT on 5 March 2006 and 1824 GMT on 6 March 2006.

12. The total amount of hire and bunkers payable under the Charter Party is calculated and fully particularised in Owners' original hire statement, a copy of which is appended and served herewith. The sum due and claimed is:

**TOTAL US$26,458.29**

13. Charterers have failed to pay the outstanding amounts or any part thereof.

14. Further, Owners claim interest pursuant to Section 49 of the Arbitration Act 1996 at such rate and for such period as the Tribunal may consider appropriate.

AND the Claimants claim:

(1) US$26,458.29

(2) Interest as aforesaid

(3) Costs

JAMES WATTHEY

<u>**IN THE MATTER OF THE ARBITRATION ACT 1996**</u>

<u>**AND**</u>

<u>**IN THE MATTER OF AN ARBITRATION**</u>

**BETWEEN**

**SK SHIPPING (SINGAPORE) PTE LTD**

<u>**Claimants / Owners**</u>

- and -

**CHINA NATIONAL CHARTERING CORPORATION ("SINOCHART")**

<u>**Respondents / Charterers**</u>

*"TAI CHUNG"*

---

**CLAIM SUBMISSIONS**

---

4

# SK SHIPPING ( SINGAPORE ) PTE LTD

9 Raffles Place #53-03 Republic Plaza Singapore 048619  
Internet Email: ynjcorp@skshipping.com, steven@skshipping.com  
TLX: RS26607YKLINE  

GST REG NO.: 199404519-C  
Tel: (65) 6217-6636  
Fax: (65) 6217-6466  

| | | |
|---|---|---|
| TO: | Sinochart | Date: 08-Aug-06 |
| C/O: | Seanet Vancouver | Inv No: YKS0604-703 |
| Attn: | Monica | |
| FM: | SK Shipping (S) Pte Ltd | |
| RE: M.V. | Tai Chung V2 | |

PLS FIND OUR FINAL HIRE STATEMENT FOR SAID VESSEL ASF:

| Hire From | 06-1-28 7:35 BSD GMT | DELIVERY DLOSP KAOSHIUNG | |
|---|---|---|---|
| To | 06-3-6 18:24 BSD GMT | REDEL PMO | |
| Total duration | 37.4500694 Days | | |
| Brokerage | 1.25% | Daily Hire | 12500 |
| add comm | 3.75% | | |
| IFO Price | 330PMT | MDO Price | 550PMT |

**OFF HIRE**

| | | | | DR. | DAYS CR |
|---|---|---|---|---|---|
| 1. Hire due to Owners | | 12500PDY | x37.4507Days | | 468,133.58 |
| Less | 5.00% Comm | | | 23,406.68 | |
| 2. BOD | IFO | 817.290MT | | | 203,676.00 |
| | MDO | 46.100MT | | | 25,355.00 |
| 3. BOR | IFO | 608.180MT | | 200,699.40 | |
| | MDO | 52.070MT | | 28,638.50 | |
| 4. ILOHC | | | | | 10,000.00 |
| 5. C/V/E | | USD1,200 | | | 1,498.03 |
| 6. Less recv | | | | 357,433.56 | |
| | | | | 44,641.01 | |
| | | | | 23,812.10 | |
| | | | | 3,573.16 | |
| | | | | 682,204.41 | 708,662.70 |
| BALANCE DUE OWS | | | | 26,458.29 | |
| TOTAL | | | | 708,662.703 | 708,662.70 |

Pls kindly remit to the flwg bank details:

Bank of New York, New York  
(Swift Code: IRVTUS3N)  
DnB NOR Bank ASA, Singapore Branch  
(Swift Code: DNBASGSG)  
CHIPS UID 093251  
Account No: 8900429577  
In favor of SK Shipping (S) Pte Ltd  
Account No: 40308901  

MR. YS CHOI  
MANAGER

# LOG OF M.V. M/V TAICHUNG

Voyage No.: 240-B
TAIWAN NAVIGATION CO., LTD.
SUN day 05 of MAR 19 2007

| Hour | Course True | Std. | Stg. | Gyro | Deviation | Variation | Gyro Error | Wind Direction | Force | Wr. | Baro. | Air | Sea | Waves Sea | Swell | Rev Per Minute | Total Between Ports | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | | Hours of Steaming | |
| 2 | | | | | | | | | | | | | | | | | Distance Run | |
| 3 | Berthed | | | | | | | | | | | | | | | | Average Speed | |
| 4 | | | | | | | | | | | | | | | | | H.F. Speed Steaming | |
| 5 | | | | | | | | | | | | | | | | | D.R. by Full Speed | |
| 6 | | | | | | | | WSW | 2 | bc | 1010 | 23 | | 2 | 1 | | Av. Full Speed | |
| 7 | | | | | | | | | | | | | | | | | M. Revolution | |
| 8 | | | | | | | | | | | | | | | | | Slip % | |
| 9 | | | | | | | | | | | | | | | | | Fuel Consumed | |
| 10 | | | | | | | | | | | | | | | | | F. Water Consumed | |
| 11 | | | | | | | | | | | | | | | | | Fuel A 649 C640.1 | |
| 12 | | | | | | | | SW | 1 | | 1012 | 24 | | | | | D. Water FW 310 | |

AT NOON:
- Position Observed / D.R.
- Latitude
- Longitude
- Co. & Dist. Made Good / Course / Distance
- Prop'g Hr. / Dist Run / Av. Speed
- Set / Drift
- N/C

| 13 | | | | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | | | | |
| 15 | Berthed | | | | | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | SW | 2 | bc | 1010 | 32 | | 2 | 1 | | | |
| 19 | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | | | | | | |
| 22 | /s Cast off Co. Vary | | | | | | | | | | | | | | | | | |
| 23 | Co. Vary as per order | | | | | | | | | | | | | | | | | |
| 24 | | | | | | | | W | 2 | bc | 1010 | 30 | | 2 | 1 | | | |

Signed: Berthed

TAIWAN NAVIGATION CO., LTD.

自     至     泊於     第 74 頁

From DUBAI. U.A.E  To SUB. OMAN  Lying Or Anchored At DUBAI 21月 Page

記 事     REMARKS

0600 Light Breeze. Smooth Sea & Swell f'cloudy w/ ¾ Zh☓

0840 Commenced Supplying Fresh Water.

Noon Light Air & Calm Rippled + p/cloudy w/r.

1800 Light Breeze. Smooth Sea & Swell f'cloudy w/ ⅞ Zh☓
1900 Completed Supplying F.W. Total 100 M/T.
-"- Completed Discharging Cement total: 36,000 M/T.
2136 1st Notice ρ E/R & CL-MV-00-R 卯2.卯3.卯5 Complete.
2230 Tugs made fast AFT & FORE.
2236 R.S.T & P.O.B
2248 Cast off from DUBAI
2255 Tugs left
2312 P/S B/W & Pilot left.
2400 R.F.A.

MN Light Bzk & Smooth Sea & Swell & p/cloudy w/r.

大副 Chief Officer _____    船長 Master _____

# LOG OF M.V. M/V TAICHUNG

Voyage No. 240-B241-A

MONday 06 of MAR 19 2006

| Hour | Course True | Std. | Hdg. Gyro | Deviation | Variation | Leeway | C'rrnt | Wind Direction | Force | Wr. | Baro. | Temp. Air | Temp. Sea | Waves Sea | Swell | Rev Per Minute | Total Between Ports | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | | Hours of Steaming | 13.4 HRS |
| 2 | | | | | | | | | | | | | | | | | Distance Run | 164.5 |
| 3 | | | | | | | | | | | | | | | | | Average Speed | 12.28 kts |
| 4 | 039 | 042 | 039 | 4.6W | 1.6E | | | SSW | 3 | bc | 1009 | 20 | | 3 | 1 | | H.F. Speed Steaming | 12.0 HRS |
| 5 | | | | | | | | | | | | | | | | | D.R. by Full Speed | 158.2 |
| 6 | | | | | | | | | | | | | | | | | Av. Full Speed | 13.18 kts |
| 7 | | | | | | | | | | | | | | | | | D.R. by Log | |
| 8 | 069 | 070 | 069 | 3.6W | 1.6E | | | SW | 3 | bc | 1010 | 20 | | 3 | 1 | | Av. Speed by Log | |
| 09 NC | 090 | 089 | 090 | 2.6W | 1.6E | | | | | | | | | | | | M. Revolution | 118.38 |
| 10 | 149 | 148 | 149 | 1.4E | 1.6E | | | | | | | | | | | | Slip % | -4.44% |
| 11 | | | | | | | | | | | | | | | | | Fuel Consumed | A 12 C 12.0 |
| 12 | 150 | 145 | 150 | 3.7E | 1.3E | | | N'LY | 3 | m | 1011 | 27 | | 3 | 1 | | F. Water Consumed | FW 15.0 |

AT NOON:
- Position Observed: 25-55.7N 126-57.8E
- Prop'g Hr.: 12.0 HRS
- Dist Run: 158.2
- Av. Speed: 13.18 kts
- Distance: 243.9
- ROB Quantity of Sailing
- Fuel: A 53.7 C 628.1
- D. Water FW 300
- B. Water + 6.0

Daily Consumption:
- Fuel A 12 C 12.0
- F. Water FW 15.0
- Sick List: Nil
- From M.N. Till: 0730

| Hour | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | | | | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | | | | |
| 16 | 150 | 145 | 150 | 3.9E | 1.1E | | | N'LY | 3 | bc | 1007 | 33 | | 3 | 1 | | | |
| 17 | | | | | | | | | | | | | | | | | | |
| 18 1800 Commenced Drifting | | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | N'LY | 3 | bc | 1008 | 30 | | 3 | 2 | | | |
| 21 | | | | | | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | | | | | | |
| 23 Drifting | | | | | | | | | | | | | | | | | | |
| 24 | | | | | | | | | NNW | 4 | bc | 1009 | 23 | | 3 | 2 | | | |

Lookouts / Signatures:
- 0000 / 0400
- 04-08
- 08-12
- 12-16
- 16-20
- 20-24

**TAIWAN NAVIGATION CO., LTD.**

第 75

自 _____ 至 _____ 泊於 _____

From **DUBAI** To **SUR. OMAN** Lying Or Anchored At _____ Page

記事 　　REMARKS

| Time | Remarks |
|---|---|
| 0400 | Gentle Breeze. Slight Sea & Swell. p'cloudy wr. 7/10 Zhox |
| 0624 | GPS fixed: φ 26°19'.0 N, λ 056°00'.2 E. A/C to 058°(T). |
| 0757 | Radar fixed "Didamar Rc(R)" BRG 097°(G) Dist 11.4 off A/C to 069°(G) 070°(T) |
| 0800 | Gentle Breeze. Slight Sea & Swell. p'cloudy wr. 7/10 Low |
| 0830 | Radar fixed "Didamar Rc(R)" BRG 135°(G) Dist 5.6 off A/C to 087°(G) 089°(T) |
| 0845 | Radar fixed "Didamar Rc(R)" BRG 185°(G) Dist 4.6 off A/C to 149°(G) 146°(T) |
| " | Changed Auto Pilot to Hand Steering for 20 mins & found in good order. |
| Noon | Gentle bze + Slight Sea + Swell + mist wr. |
| 1600 | Gentle Breeze. Slight Sea & Swell p'cloudy wr. 7/10 Zhox |
| 1800 | At position φ 24°-48.1 N λ 057-40.7 E Stopped Engine Drifting For Holds Cleaning |
| 2000 | Gentle bze + Slight Sea + Swell + p'cludy wr. |
| MN | mod' bze + Slight Sea + Swell + p'cludy wr. |

大 副 Chief Officer _____    船 長 Master _____

# LOG OF M.V. / M.T. M/V TAICHUNG

Voyage No. 24-A

TUESday 07 of MAR 2006

| Hour | Course True | Std. | Stg. | Gyro | Deviation | Variation | Leeway | Ground | Wind Direction | Force | Wr. | Baro. | Air | Sea | Sea | Swell | Rev Per Minute | Total Between Ports | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | | | Hours of Steaming | 37.4 HRs |
| 2 | | | | | | | | | | | | | | | | | | Distance Run | 262.0 |
| 3 | Drifting | | | | | | | | | | | | | | | | | Average Speed | 7.0 Hs |
| 4 | | | | | | | | | NW | 4 | bc | 1009 | 22 | 3 | 2 | | | H.F. Speed Steaming | 18.0 HRs |
| 5 | | | | | | | | | | | | | | | | | | D.R. by Full Speed | 235.6 |
| 6 | | | | | | | | | | | | | | | | | | Av. Full Speed | 13.9 Hs |
| 7 | Drifting | | | | | | | | | | | | | | | | | D.R. by Log | |
| 8 | | | | | | | | | N'ly | 3 | bc | 1011 | 23 | 3 | 1 | | | Av. Speed by Log | |
| 9 | | | | | | | | | | | | | | | | | | M. Revolution | 119.55 |
| 10 | | | | | | | | | | | | | | | | | | Slip | -1.26% |
| 11 | Drifting | | | | | | | | | | | | | | | | | Fuel Consumed | A 3.7 C 8.2 |
| 12 | | | | | | | | | NNW | 3 | bc | 1011 | 28 | 3 | 1 | | | F. Water Consumed | FW 38.0 |

| AT NOON | Position | Latitude | Longitude | Today's Total | Sick List | Daily Consumption | |
|---|---|---|---|---|---|---|---|
| Observed | | 24-33.2N | 057-26.5E | Prop'r Hr. 6.0 HRS | | Fuel | A 2.5 C 6.2 |
| D.B. | | | | Dist Run 77.4 | | F. Water | FW 27.0 |
| Co. & Dist. Made Good | Course | | Distance 173.0 | Av. Speed 12.90 kts | Nil | Load/Discharging | |
| Observed | | | | Set | | Mail | Time |
| D.B. | | | | Drift | | | |

ROB Quantity of Sailing
Fuel A 51.2 C 621.9
D. Water FW 283
B. Water 46.0

| 13 | | | | | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | | | | Regulation Lights exhibited | |
| 15 | Drifting | | | | | | | | | | | | | | | | | From M.N. Till | |
| 16 | | | | | | | | | N'ly | 3 | bc | 1009 | 28 | 3 | 1 | | | | |
| 17 | Drifting | | | | | | | | | | | | | | | | | Till M.N. | |
| 18 | | | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | Draft & Time at Arrival | F. H.M. A. |
| 20 | | | | | | | | | S'ly | 4 | bc | 1008 | 24 | 4 | 2 | | | | |
| 21 | | | | | | | | | | | | | | | | | | Draft & Time before Sailing | F. H.M. A. |
| 22 | | | | | | | | | | | | | | | | | | | |
| 23/00 | R.S.C. 2330 R.F.A. | | | | | | | | | | | | | | | | | Lookouts | |
| 24 | 105 | 103 | 105 | 1°E | | | | | SSW | 4 | bc | 1010 | 21 | 3 | 2 | | | | |

| Hatch No. | Time Started | Time Finished | Stopping, Hr. | Working Hr. | Sounding of Bilges A.M. P. S. / P.M. P. S. | Sounding of Ballast tanks A.M. P.M. | Time | Name |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | No. 1 | | 00~04 | 3/0 ZAX |
| 2 | | | | | No. 2 F.P. / No. 1 | | 04-08 | |
| 3 | | | | | No. 3 / No. 2 | | 08-12 | |
| 4 | | | | | No. 4 / No. 3 | | | |
| 5 | | | | | No. 5 / Deep Tank Sounding No. 4 | | 12~16 | 3/0 ZAX |
| 6 | | | | | No. 1 / No. 5 | | 16-20 | |
| Laborers | | | | | No. 2 / No. 6 | | | |
| Total Cargo Loaded or Discharged | Kind | Working Hours | | | No. 3 / Void | | 20~24 | |
| | | | | | No. 4 / A.P. | | | |

| 自 | 至 | 泊於 | 第 76 頁 |
|---|---|---|---|
| From DUBAI | To SUR - OMAN | Lying At Or Anchored At | Page |

記事　　REMARKS

| Time | Remarks |
|---|---|
| 0100 | ASSUMED PASSED MUSSAT OUTBOUND, BROB FO/614.0 MT DO/62.2 MT WITHOUT BEING DRIFT AT 1800 6TH MAR. SHIP REDELIVERY TO S.K |
| 0400 | Mod' Breeze. Slight sea & Mod' Swell  p' cloudy wr  ⅖ Zh⋆ |
| 0800 | Gentle Bye. Slight Sea & Swell. P'cldy wr.  ⅖ Gm |
| Noon | Gentle Bye. Slight Sea & Swell. P'cldy wr.  ⅖ ⋆ |
| 1600 | Gentle Breeze. Slight sea & Swell  p'cloudy wr  ⅖ Zh⋆ |
| 2000 | Mod' Bye + Mod' Sea & Swell. P'cloudy wr.  ⅖ Gm |
| 2300 | R.S.E at L 24-31.05N λ 057-16.37 E. |
| 2330 | R.I.A  &S/C ⋆ 105°(GG) |
| M.N. | Mod' bye & Slight Sea & Swell  p'cldy wr |

大　副　Chief Officer _____　　船　長　Master _____

# LOG OF M/V TAICHUNG

Voyage No. 241-A

WEDNESDAY 08 of MAR 19 2006

| Hour | Course True | Bld. | Gyro | Deviation | Variation | Leeway | Wind Direction | Force | Wr. | Baro. | Temp. Air | Sea | Waves Sea | Swell | Rev Per Minute | Total Between Ports | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | Hours of Steaming | 61.44 Hrs |
| 2 | | | | | | | | | | | | | | | | Distance Run | 445.0 |
| 3 | | | | | | | | | | | | | | | | Average Speed | 7.25 kts |
| 4 | 105 | 103 | 105 | 1E | 1E | | NNW | 4 | bc | 1009 | 22 | | 3 | 2 | | H. F. Speed Steaming | 30.5 HRS |
| | | | | | | | | | | | | | | | | D. R. by Full Speed | 400.0 |
| 5 | | | | | | | | | | | | | | | | Av. Full Speed | 13.11 KTS |
| 6 | | | | | | | | | | | | | | | | D. R. by Log | |
| 7 | | | | | | | | | | | | | | | | Av. Speed by Log | |
| | | | | | | | | | | | | | | | | M. Revolution | 118.76 |
| 8 | 137 | 124 | 137 | 2E | 1E | | NW | 4 | bc | 1010 | 22 | | 4 | 2 | | Slip % | -3.71% |
| | | | | | | | | | | | | | | | | Fuel Consumed | A 6.2 C 21.9 |
| 9 | | | | | | | | | | | | | | | | F. Water Consumed | FW 57.0 |
| 10 | | | | | | | | | | | | | | | | ROB Quantity of Sailing | |
| 11 | | | | | | | | | | | | | | | | Fuel | A 48.7 C 682.2 |
| | | | | | | | | | | | | | | | | D. Water | FW 277 |
| 12 | 149 | 145 | 149 | 3E | 0E | | NW | 4 | bc | 1012 | 25 | | 6 | 2 | | B. Water | +7.0 |

| | Position | Latitude | Longitude | Today's Total | | Sick List | Daily Consumption | |
|---|---|---|---|---|---|---|---|---|
| AT NOON | Observed | 33-12.3N | 059-37.3E | Prop'g Hr. | 12.54 Hrs | | Fuel | A 2.5 C 13.7 |
| | D. R. | | | Dist Run | 164.6 | NIL | F. Water | FW 13.0 |
| | Co. & Dist. Made Good | Course | DTG Distance | Av. Speed | 13.15 kts | | Load/Discharging Pkg | |
| | Observed | | 35.2 | Set | | | Mail Time | |
| | D. R. | | | Drift | | | | |

| 13 | | | | | | | | | | | | | | | | Passenger Persons | |
| 14/00 | S.B.E | | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | | Regulation Lights exhibited | |
| 16/00 | 1st line ashore | | | | | | | | | | | | | | | From M. N. Till | 0630 |
| 17 | | | | | | | | | | | | | | | | Till M. N. | |
| 18 | Berthed | | | | | | NLy | 4 | bc | 1011 | 28 | | 4 | 2 | | | |
| 19 | | | | | | | | | | | | | | | | Draft & Time at Arrival | F. H.M. A. |
| 20 | | | | | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | | | | Draft & Time before Sailing | F. H.M. A. |
| 22 | | | | | | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | | | | | Lookouts | |
| 24 | | | | | | | NLy | 5 | bc | 1013 | 22 | | 5 | 3 | | | |

| Hatch No. | Time Started | Time Finished | Stopping Hr. | Working Hr. | Sounding of Bilges AM/PM P.B. | Sounding of Ballast tanks AM/PM P.S. | Time | Name |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | No. 1 | | 00-04 | (signature) |
| 2 | | | | | No. 2 F.P. | No. 1 | 04-08 | (signature) |
| 3 | | | | | No. 3 | No. 2 | 08-12 | (signature) |
| 4 | | | | | No. 4 | No. 3 | 12-16 | (signature) |
| 5 | | | | | No. 5 Deep Tank Sounding | No. 4 | | |
| 6 | | | | | No. 1 | No. 5 | | |
| Laborers | | | | | No. 2 | No. 6 | | Berthed |
| Total Cargo Loaded or Discharged | Kind | Working Hours | | | No. 3 Void | A.P. | | |
| | | | | | No. 4 | | | |

FW D 133

TAIWAN NAVIGATION CO., LTD.

| 自 | 至 | 消於 | 第 77 頁 |
|---|---|---|---|
| From DUBAI, U.A.E | To SUR. OMAN | Lying At Or Anchored At SUR. | Page |

記　事　REMARKS

| Time | Remarks |
|---|---|
| 0400 | Mod' Breeze. Slight Sea & Mod' Swell. p'cloudy wr ⅜ ZhX |
| 0505 | GPS Fixed psn φ 24°-11.8'N λ 058-37.5E A/c to 137°<T> |
|  | PASSED MUSCAT OUTBOUND |
| 0800. | Mod' Breeze. Mod' Sea & Swell. p'cloudy wr ⅝ Gro |
| 1120 | Changed Auto Pilot to Hand Steering for 10 mins & Fnd in good order. |
| Noon | Mod' Bz's, mod Sea & Swell + pthly wr. ⅞ |
| 1300 | 1hr Noticed to E/R & Cl-mvov-R-802. 804. 805 completed. |
| 1400 | S.B.E |
| 1442 | P.O.B FOR APPROACHING SUR |
| 1455 | Tugs made fast Fore & Aft. |
| 1600 | 1st Line ashore |
| 1630 | Fore Tug Left |
| 1635 | Aft Tug Left |
| 1648 | F.W.E & All fast Fore & Aft & P/Left . |
| 1800 | Mod' Breeze Mod' sea & Swell p'cloudy wr ⅞ ZhX |
| 1840 | Commenced Loading Granular Urea. |
| m/n | Fresh Bz + Rough Sea + Swell + pthly wr. |

大副 Chief Officer _____    船長 Master _____

TAIWAN NAVIGATION CO., LTD.

LOG OF M.V.: **M/V TAICHUNG**

Voyage No. 24-A

THURS day 09 of MAR 19 2006

| Hour | Log | Course True | Course Std. | Course Stg. | Course Gyro | Deviation | Variation | Leeway | Grocer | Wind Direction | Wind Force | Wr. | Baro. | Air | Sea | Sea | Swell | Rev Per Minute |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | | |
| 3 | | Berthed | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | NW | 4 | bc | 1013 | 21 | | 4 | 2 | |
| 7 | | | | | | | | | | | | | | | | | | |
| 8 | | Berthd | | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | N'ly | 4 | bc | 1015 | 20 | | 4 | 2 | |

Total Between Ports:
- Hours of Steaming: 66.2 HRS
- Distance Run: 481.6
- Average Speed: 7.27 kts
- H.F. Speed Steaming: 32.5 HRS
- D.R. by Full Speed: 427.2
- Av. Full Speed: 13.14 kts
- D.R. by Log:
- Av. Speed by Log:
- M. Revolution: 113.86
- Slip %: -2.27%
- Fuel Consumed: A 8.6 C 35.1
- F. Water Consumed: FW 65.-
- Quantity of Sailing: R6S
- Fuel: A 46.3 C 605.0
- D. Water: FW 263
- B. Water:

AT NOON:
- Position Observed / D.R.
- Latitude
- Longitude
- Course / Distance
- Today's Total: Prop'g Hr. 2.0 HRS; Dist Run 27.6; Av. Speed 13.60 kts
- Set / Drift
- Sick List: NIC

Daily Consumption:
- Fuel: A 0.4 C 3.2
- F. Water: FW 140
- Load/Discharging
- Mail / Time
- Passenger / Persons
- Regulation Lights exhibited From M.N. Till / Till M.N.

| Hour | | | | | | | | | | Wind Direction | Force | Wr. | Baro. | Air | Sea | Sea | Swell | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | | | | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | | | | |
| 16 | | Berthed | | | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | N'ly | 4 | bc | 1012 | 26 | | 4 | 2 | |
| 19 | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | |
| 21 | | Berthd | | | | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | | | | | | | |
| 24 | | | | | | | | | | NW | 3 | bc | 1013 | 22 | | 3 | 1 | |

Draft & Time at Arrival: F. / A. / H.M.
Draft & Time before Sailing: F. / A. / H.M.
Lookouts

Cargo Works:

| Hatch No. | Time Started | Time Finished | Stopping Hr. | Working Hr. |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |

Sounding of Bilges / Sounding of Ballast tanks / Deep Tank Sounding

Time / Name: Berthed

Laborers
Total Cargo Loaded or Discharged / Kind / Working Hours

TAIWAN NAVIGATION CO., LTD.

| 自 From | 至 To | 泊於 Lying Or Anchored At  SUR. OMAN | 第 78 頁 Page |

記事   REMARKS

0600  Mod' Breeze. Mod' Sea & Swell p'cloudy wr ⅔ Zh&

NOON  Mod' Bzse Mod' Sea & Swell + p'cloudy wr.

1400-1500  Started the Bunkering Training Session. Persons Attending See Engine Report.

1800  Mod' Breeze. Mod' Sea & Swell  p'cloudy wr ⅔ Zh&

MN  Gentle Bzse Slight Sea & Swell + p'cloudy wr.

大副 Chief Officer _____   船長 Master _____