# EXHIBIT G

# Bruce Buchan

44 Nadine Street
London SE7 7PG

Telephone 020 8333 5205
Facsimile 020 8333 2205
e-mail: BruceBuchan1@aol.com

**FACSIMILE MESSAGE**

(and by e-mail: ops@sinochart.com.cn)

20 February 2007

To:  China National Chartering Corporation (Sinochart)
     Attention: Mr. Guo Qian, Operations Department


Copy: The Britannia Steam Ship Insurance Association Limited
      Attention: Mr. Phillip Burns/Mr. Dale Hammond
      Reference: FDD/DH/2006/3953/jc

Dear Sirs,

**"TAI CHUNG" – charterparty dated 26.01.06**

I refer to my fax and e-mail messages of 22 January 2007, in which you were advised that under the London Maritime Arbitrators Association (LMAA) Small Claims Procedure, which applies to this arbitration, you were required to serve your defence submissions and counterclaim, if any, by close of business in London 15th February 2007. You have not served those submissions, nor have you requested further time in which to do so.

I therefore order that you serve your defence and any counterclaim in this matter, together with copies of the documents upon which you rely, by close of business in London 2nd March 2007, in default of which I shall proceed to an award on the basis of the submissions and documents before me to the exclusion of all others.

Yours faithfully,

*Bruce Buchan*

Bruce Buchan

LMAA