# EXHIBIT I

# Bruce Buchan

44 Nadine Street
London SE7 7PG

Telephone 020 8333 5205
Facsimile 020 8333 2205
e-mail: BruceBuchan1@aol.com

12 March 2007

China National Chartering Corporation
Rm 818 Sinotrans Plaza
A 43
Xizhimen Beidajie
Beijing 100044
China

Attention: Mr. Guo Qian – Operations Department

Dear Sirs,

**M.V. "TAI CHUNG" - charterparty dated 26.01.06**

We attach for your use a copy of the final arbitration award in the above matter.

Yours faithfully,

Bruce Buchan

enc.



L.M.A.A.