## CERTIFICATE OF SERVICE BY REGULAR U.S. MAIL AND BY ECF

The undersigned declares under penalty of perjury that the following is true and correct:

1. I am over the age of eighteen years and I am not a party to this action.

2. On June 27, 2007, I served a complete copy of SK SHIPPING (SINGAPORE) PTE LTD.'s Notice of Motion, Memorandum of Law, Declaration of Randolph H. Donatelli and Declaration of Philip Burns, by regular U.S. mail and by ECF, to the following attorneys at their ECF registered address and at the following address:

To:  Blank Rome LLP
     The Chrysler Building
     405 Lexington Avenue
     New York, NY 10174-0208
     Attn.: Jack A. Greenbaum, Esq.


                                        s/ Amanda Magri
                                        Amanda Magri

DATED:  June 27, 2007
        New York, New York