**CERTIFICATE OF SERVICE BY REGULAR U.S. MAIL**

The undersigned declares under penalty of perjury that the following is true and correct:

1. I am over the age of eighteen years and I am not a party to this action.

2. On June 27, 2007, I served a complete copy of SK SHIPPING (SINGAPORE) PTE LTD.'s Notice of Motion, Memorandum of Law, Declaration of Randolph H. Donatelli and Declaration of Philip Burns, by regular U.S. mail, to the following attorneys at the following address:

To:    Blank Rome LLP
       The Chrysler Building
       405 Lexington Avenue
       New York, NY 10174-0208
       Attn.: Jack A. Greenbaum, Esq.


                        ___ s/ Amanda Magri_____
                             Amanda Magri


DATED:   June 27, 2007
             New York, New York