8937/RHD
CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR, LLP
61 Broadway, Suite 3000
New York, New York 10006-2802
(212)344-7042
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SK Shipping (Singapore) PTE Ltd.,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　　- against -<br><br>China National Chartering Corporation<br><br>　　　　　　　　　　　Defendant | 07 Civ. 03059 (HB)<br><br>**DECLARATION OF<br>STEVEN TAN** |

1. I am Assistant Manager of Dry Bulk Operations with SK Shipping (Singapore) Pte. Ltd. Our office location is 9, Raffles Place, #53-03, Republic Plaza, Singapore. I held this position at all times discussed herein.

2. This declaration is given on personal knowledge.

3. The charter party contract dated 26 January 2006 for the bulk carrier M/V TAI CHUNG between SK Shipping (Singapore) Pte. Ltd. (as disponent Owners of the vessel) and China National Chartering Corp. (known as "Sinochart") (as Charterers of the vessel) was negotiated and fixed through brokers, Seanet Vancouver ("Seanet") acting for SK Shipping (Singapore) Pte. Ltd., and Au-Sea Shipping Pty. Ltd. ("Au-Sea") acting for Sinochart.

4. Following re-delivery of the vessel under the charter party, a claim by SK Shipping (Singapore) Pte. Ltd. against Sinochart arose concerning amounts due

for charter hire and bunkers. I was the person at SK Shipping (Singapore) Pte. Ltd. responsible for this claim.

5. SK Shipping (Singapore) Pte. Ltd. appointed Seanet to communicate this claim to Sinochart. Seanet's communications with Sinochart were through Sinochart's broker, Au-Sea, who were acting for Sinochart with respect to the said claim.

6. Beginning in April 2006 numerous emails were exchanged between Seanet and Au-Sea regarding the said claim.

7. Attached hereto as Exhibit A are copies of four emails sent by Seanet to Au-Sea in which Seanet relayed to Au-Sea the factual contentions of SK Shipping (Singapore) Pte. Ltd. concerning the claim. All of these emails were sent at my direction. One of these emails, dated August 8, 2006, forwarded to Au-Sea a copy of SK Shipping (Singapore) Pte. Ltd's revised final hire statement (sometimes referred to in the exchanges as the SOA) of that date. I prepared this final hire statement and sent it to Seanet for forwarding to Au-Sea. The hire statement sets forth the calculation of the claim.

8. Au-Sea sent emails to Seanet relaying Sinochart's contentions regarding the claim. SK Shipping (Singapore) Pte. Ltd. authorized Seanet to be the recipient of messages from Au-Sea regarding the claim. Attached hereto as Exhibit B are copies of four such emails from Au-Sea. At my direction, the text of these emails were reported to me by Seanet.

9. In the attached email exchanges, the reference to "Owners" or "Ows" means SK Shipping (Singapore) Pte. Ltd., and the reference to "Charterers" or "Chtrs" means Sinochart.

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Singapore on this _06th_ day of September 2007.

By: _____
Steven Tan

3