# Exhibit A

----- Original Message -----
From: Seanet Vancouver 2
To: SIWAN HUANG
Cc: SEANET VANCOUVER2
Sent: Wednesday, June 14, 2006 1:02 PM
Subject: mv tai chung/sinochart

ATTN JIAMING
FM : SEANET - OPERATION

RE : MV TAI CHUNG - SINOCHART

from owners,

-qte-
We have to admit we're disappointed in charts unreasonable delay for settlement.
We provided chrts with log book as requested and waited for chrts looking into it.

We'd like to simplify / clarify this long outstanding matter asf,

First, as chrts are aware, the vsl's redely time should be on passing muscat bound as per charter party, which is not reversible at all.

As a matter of fact, master rectified redely report on passing muscat as provided before, which is supported with Log book definitely showing the time.

What else chrts need to know and investigate further?

In view of general shipping practice, vsl's delivery / redelivery are determined with master's notice and based on charter party for sure as well.

We think charts are unusually making this simple matter complicated and delayed. we can't rule out master's and our error at first. but everyting is clear out now and no need to dipute this outstanding matter further.

In the meantime, chrts are reserving estimated owns expenses and don't provide any

evidence for actual cost so far.

We really hope chrts prompt settlement and not to be involved in such a unplesant situation making further delay and urging repeatly.

Looking forward to getting chrts clean settlement very soon.
-unqte-

owners are also asking for working c/p. as you know c/p was dated in 26/Jan. appreciate your prompt attention.
Please cooperate to close this file asap so that we can concentrate on another new biz.


THANKS & REGARDS

SEANET VANCOUVER
TEL/FAX : 1-604-444-5112 / -444-5122
EMAIL   : SEANET@3WEB.NET


```
>>>
>>> ReplyTo: seanet@3web.net
>>> From: Seanet Vancouver <Seanet@3web.net>
>>> To: chartering@auseashipping.com
>>> cc: seanet@3web.net
>>> Subject: mv tai chung/sinochart
>>> Date: Wed, 5 Jul 2006 19:22:01 -0700
>>>
>>> ATTN. JIAMING
>>> FM : SEANET - OPERATION
>>>
>>>
>>> RE : MV TAI CHUNG - SINOCHART
>>>
>>>
>>>
>>> U R G E N T
>>> ============
>>>
>>>
>>> Following fm Ows , pls onpass to chrtrs.
>>>
>>> - WITHOUT PREJUDICE -
>>>
>>>
>>> VSL WAS REDEL IN MAR AND NOW ALREADY JUL.
>>>
>>> OWS HAVE ALREADY ONPASS DECK LOG BOOK AS PER CHRTRS REQUEST AND
>> THERE
>>> IS NO
>>> DENIAL THAT VSL DID REDEL AT PMO AS PER C/P.
>>>
>>> THIS IS A VERY CLEAR CUT ISSUE AND OWS HAVE BEEN PATIENT ENOUGH.
>>>
>>> IF THERE IS STILL NO REPLY REGARDING THE OUTSTANDING HIRE FM CHRTRS
>> BY
>>> END
>>> OF CLOSING 10TH JUL , OWS WILL ONPASS THIS FILE TO THEIR LEGAL TEAM
>> N
>>> TAKE
>>> LEGAL ACTIONS.
>>>
>>> ALL ADDN COSTS ARISING FM THIS MATTER TO BE FOR CHRTRS ACCT .
>>>
>>> ============================
>
>
> UNQTE
>
>
> HOPE ABV TO MEET YOU
```

```
>
>
>
>
>
>
> THANKS & REGARDS  / OPS
>
> SEANET VANCOUVER
> TEL/FAX : 1-604-444-5112 / -444-5122
> EMAIL   : SEANET@3WEB.NET
```

----- Original Message -----
**From:** Seanet Vancouver 2
**To:** SIWAN HUANG
**Cc:** SEANET VANCOUVER2
**Sent:** Tuesday, August 08, 2006 1:10 PM
**Subject:** mv tai chung/sinochart

ATTN. JIAMING
FM : SEANET OPERATION


RE : MV TAI CHUNG - SINOCHART


FROM OWS, PLS CNFM BY RETURN.
REF TO CHRS LAST,

PLEASE BE ADVISED THAT HER NEXT BIZ WAS NOT INTER P.G BIZ AND SHE SAILED OUT P.G DIRECTLY
AFTER COMPLETION OF DISCHARING.
NO ADDITONAL CALLING TO OTHER PORT ON THE WAY TO REDELY POSITION I,E MUSCAT.

THE ONLY ONE DISPUTE IS VESSEL'S SLOW STEAMING FROM DISCH PORT TO REDELY POSITION.
FOR PROMPT SETTLEMENT, WE CAN PROPOSE THE SETTLEMENT AS FLOWGS WITHOUT PREJUDICE BASS.

- MASTER'S DISTANCE FROM DUBAI TO MUSCAT : 325NM
- DUBAI DLOSP TIME AND BOR QTTY AS PER MASTER'S DEPARTURE REPORT
  : 5TH MAR. 2006. 19:12 UTC AND IFO/MDO 640.1MT/DO 54.0MT
- VSL C/P SPEED AND CONSUMPTION ON BALLAST CONDITION : 14KTS ON 33MT IFO + 2MT MDO


- STEAMING TIME FM DUBAI TO MUSCAT BASS ON C/P SPEED AND MASTER'S DISTANCE : 0.967262DAYS
- BUNKER CONSUMPTION FOR THE PERIOD BASS ON C/P CL. : IFO 31.92MT & MDO 1.93MT
- REASONABLE REDELY TIME : 5TH MAR. 19:12 + 0.967262D = 6TH MAR. 18:24
- REASONABLE BOR QTTY (DEPARTURE ROB + C/P CONSUMTION)
  IFO : 640.1MT – 31.92MT = 608.18MT
  MDO : 54.0MT – 1.93MT = 52.07MT

PLEASE KINDLY FIND REVISED S.O.A BASS ON ABOVE OUR CALCULATION. WE DO NOT ADJUSTED ANY
"ABT" MARGIN ON THE CALCULATION AND IT IS GOOD FOR CHRS.

BELIEVE THAT ABOVE PROPOSAL IS QUITE REASONABLE AND NO OBJECTION FM CHRS.
WELCOME CHRS' PROMPT REMITTACE FOR FURTHER BIZ

AWAITING YOURS.



THANKS & REGARDS

SEANET VANCOUVER
TEL/FAX : 1-604-444-5112 / -444-5122
EMAIL    : SEANET@3WEB.NET

# SK SHIPPING ( SINGAPORE ) PTE LTD

9 Raffles Place #53-03 Republic Plaza Singapore 048619  
Internet Email : ymjeong@skshipping.com, steven@skshipping.com  
TLX : RS26607YKLINE

GST REG NO. : 199404619-C  
Tel : (65) 6227-6636  
Fax : (65) 6227-6466

| TO : | Sinochart | | Date : | 08-Aug-06 |
|---|---|---|---|---|
| C/O: | Seanet Vancouver | | Inv No : | YKS0604-703 |
| Attn: | Monica | | | |
| FM : | SK Shipping (S)Pte Ltd | | | |
| RE : MV. | Tai Chung V2 | | | |

*PLS FIND OUR FINAL HIRE STATEMENT FOR SAID VESSEL ASF;*

| Hire From | 06-1-28 7:35 BSD GMT | DELIVERY DLOSP KAOSHIUNG | |
|---|---|---|---|
| To | 06-3-6 18:24 BSD GMT | REDEL PMO | |
| Total duration | 37.450694 Days | | |
| Brokerage | 1.25% | Daily Hire | 12500 |
| add comm | 3.75% | | |
| IFO Price | 330PMT | MDO Price | 550PMT |

| OFF HIRE | | | | | DAYS |
|---|---|---|---|---|---|
| 1. Hire due to Owners | | | | DR | CR |
| | 12500PDY | x37.4507Days | | | 468,133.68 |
| Less | 5.00% Comm | | | 23,406.68 | |
| 2. BOD | IFO | | 617.200MT | | 203,676.00 |
| | MDO | | 46.100MT | | 25,355.00 |
| 3. BOR | IFO | | 608.180MT | 200,699.40 | |
| | MDO | | 52.070MT | 28,638.50 | |
| 4. ILOHC | | | | | 10,000.00 |
| 5. C/V/E | | | USD1,200 | | 1,498.03 |
| 6. Less recv | | | | 357,433.56 | |
| | | | | 44,641.01 | |
| | | | | 23,812.10 | |
| | | | | 3,573.16 | |
| | | | | 682,204.41 | 708,662.70 |
| | | | BALANCE DUE OWS | 26,458.29 | |
| | | | TOTAL | 708,662.703 | 708,662.70 |

Pls kindly remit to the flwg bank details :

**Bank of New York, New York**  
(Swift Code: IRVTUS3N)  
**DnB NOR Bank ASA, Singapore Branch**  
(Swift Code: DNBASGSG)  
**CHIPS UID 093251**  
**Account No: 8900429577**  
in favor of SK Shipping (S) Pte Ltd  
**Account No: 40308001**

MR YS CHOI  
MANAGER

----- Original Message -----
From: Seanet Vancouver 2
To: JIAMING ZHANG
Cc: SEANET VANCOUVER2
Sent: Wednesday, August 23, 2006 5:13 PM
Subject: Re: MV TAI CHUNG/SINOCHART

ATTN. JIAMING
FM : SEANET OPERATION

RE : MV TAI CHUNG - SINOCHART

from owns,

TKS CHRS LAST.

IT DOES NOT MATTER WHETHER VESSEL DRIFTED OR NOT, WHETHER VESSEL DEVIATED OR NOT.

EVENTHOUGH WE PROVIDED ALL DOCUMENTS, CHRS DO NOT WANT TO PAY BALANCE HIRE AND THEY KEEP ASKING OTHER DOCUMENT FOR MAKING TIME AND KEEP TRYING TO DISCOUNT MONEY.

IT IS CLEAR THAT THERE WAS NO DEVIATION FM DUBAI TO MUSCAT. THERE ARE NO CALLING PORT FOR SUCH KIND OF BIG VESSEL ON THE WAY TO MUSCAT AS YOU KNOW WELL AND NEXT PORT, OMAN IS OUTBOUND OF MUSCAT.

BELIEVE THAT WE HAVE PROVIDED SUFFICIENT EVIDENCE TO CHRS ALREADY AND WE CALCULATED BALANCE HIRE BASS ON OFFICIAL DISTANCE FM DUBAI TO MUSCAT AND VSL C/P SPEC WITH CONSUMPTION BCOZ OF CHRS' ALLEGED CLAIM SUCH AS DRIFTING, DEVIATION.

BELIEVE THAT WE DID OUR BEST TO SOLVE THIS SIMPLE MATTER WITH COMMERCIAL MIND.

TKS ANYWAY.


THANKS & REGARDS

SEANET VANCOUVER
TEL/FAX : 1-604-444-5112 / -444-5122
EMAIL    : SEANET@3WEB.NET