# Exhibit B

----- Original Message -----
From: JIAMING ZHANG
To: chartering@auseashipping.com
Sent: Wednesday, August 02, 2006 5:07 AM
Subject: mv tai chung/sinochart

From: Au-Sea Shipping Pty Ltd
Melbourne Office Tel: +61 3 9497 5088 Fax: +61 3 9497 3099
BEIJING Office Tel: +86 10 6409 6566 Fax: +86 10 6409 6255
RefNum: JZ8163244
Date: 8/2/2006 8:07:10 PM

monica / jiaming

Subject: mv tai chung/sinochart

GD DAY!

SORRY FOR CHTRS' LATE RESPONSE AS CHTRS HV TO ASK THEIR CAPTAIN WHO IS VERY BUSY TO CHECK THE LOG BOOK FM AM VSL.

AFTER CHECKING THE LOG BOOK FM AM VSL, CHTRS FIND BELLOW FACTS:
AT 1800 LT ON MAR 6TH, VSL COMMENCED DRIFTING FOR HOLD CLEANING
AT 0100 LT ON MAR 7TH, VSL ASSUMED REPEAT ASSUMED PASSING MASCUT OUTBOUND AND REDELIVERED TO CHTRS

IT'S VERY CLEAR TT AM VSL DIDN'T SAIL TO REDELIVERY POINT AS PER C/P.
SO CHTRS CAN'T ACCEPT OWNER'S POINT TO ARRANGE ADD HIRE TO THE ASSUMED RELIDELIRY TIME. CHTRS KINDLY INVITE OWNERS TO CONSIDER THE FACT TT

VSL WAS NOT REDELIVERED TO CHTRS AS PER C/P AND PROPOSE A RESONABLE RESOLVENT TO CLOSE THE FILE.

TKS&B.RGS
AUSEA

----- Original Message -----
From: JIAMING ZHANG
To: chartering@auseashipping.com
Sent: Tuesday, August 15, 2006 8:15 PM
Subject: MV TAI CHUNG/SINOCHART

From: Au-Sea Shipping Pty Ltd
Melbourne Office Tel: +61 3 9497 5088 Fax: +61 3 9497 3099
BEIJING Office Tel: +86 10 6409 6566 Fax: +86 10 6409 6255
RefNum: JZ8302225
Date: 8/16/2006 11:15:24 AM

MONICA / JIAMING

Subject: MV TAI CHUNG/SINOCHART

GD DAY!

OWNERS' MSG REF SUBJECT VSL'S CALCULATED REDELIVERY TIME AND BUNKER QUANTITY NOTED WITH TKS.

H'EVER, OWNERS MUST BE AWARE OF THE FACT TT VSL DIDN'T PROCEED TO REDLIVERY PLACE AS PER C/P TERMS BUT DRIFTED AT SEA FOR HOLD CLEANING AND THEN SAIL TO HER NEXT PORT AS PER NEXT EMPLOYMENT. NO NEED TO SAY TT OWNERS BENEFIT FM VSL'S NOT REDELIVERYING AS PER C/P.

CONSIDERING THE GD BUSINESS RELATINOSHIP WITH EACH OTHER AND FOR BENEFIT OF BOTH PARTIES, CHTRS SUGGEST TO PAY HALF TIME AND BUNEKR QUANTITY CONSUMED FM DUBAI TO PMO AS PER OWNER'S CALCULATION.I.E., CHTRS PAY 0.483631 DAYS HIRE AND 15.96 MT IFO, 0.97MT MDO TO OWNERS. KINDLY PLS OWNERS REPLY TO ADV THEIR AGREEMENT FOR CHTRS' PROMPT REMITTANCE.

TKS&B.RGS
AUSEA
++++

----- Original Message -----
From: JIAMING ZHANG
To: chartering@auseashipping.com
Sent: Wednesday, August 16, 2006 10:05 PM
Subject: MV TAI CHUNG/SINOCHART

From: Au-Sea Shipping Pty Ltd
Melbourne Office Tel: +61 3 9497 5088 Fax: +61 3 9497 3099
BEIJING Office Tel: +86 10 6409 6566 Fax: +86 10 6409 6255
RefNum: JZ8321724
Date: 8/17/2006 1:05:33 PM

monica / jiaming

Subject: MV TAI CHUNG/SINOCHART

GD DAY!

CHTRS JUST CONSIDER FURTHER BUSINESS RELATIONSHIP WITH OWNERS AND WD LIKE TO SETTLE THIS MATTER IN AN AMICABLE WAY.

FOR SETTLING THIS MATTER SOONEST, PLS OWNERS FIND CHTRS' SUGGEST AS FLWS:

CHTRS WL PAY ADD'L HIRE TO OWNERS FM DUBAI TO VSL?S DRIFTING POSITION AS PER THE LOG BOOK. KINDLY PLS OWNERS ADV THIS TIME USED AND BUNKER QUANTITY CONSUMED AS PER C/P TERMS FOR OUR REMITTANCE.

TKS&B.RGS

China National Chartering Corp. (Sinochart)

b.rgds
ausea
+++

----- Original Message -----
From: JIAMING ZHANG
To: chartering@auseashipping.com
Sent: Sunday, August 20, 2006 11:47 PM
Subject: MV TAI CHUNG/SINOCHART

From: Au-Sea Shipping Pty Ltd
Melbourne Office Tel: +61 3 9497 5088 Fax: +61 3 9497 3099
BEIJING Office Tel: +86 10 6409 6566 Fax: +86 10 6409 6255
RefNum: JZ8353962
Date: 8/21/2006 2:47:00 PM

monica / jiaming

Subject: MV TAI CHUNG/SINOCHART

GD DAY!

CHTRS ARE SORRY TO SEE TT OWNERS CAN'T ACCEPT CHTRS' RESONABLE SUGGESTION TO PAY ADD'L HIRE TO VSL'S DRIFTING POINT WITH C/P TERMS OF SPEED AND BUNKER CONSUMPTION FM DUBAI. WHIST OWNERS INSIST THEIR POSITION, CHTRS ALSO WANT TO DRAW THEIR KIND ATTENTION TO THE FACT TT VSL DIRECTLY SAIL FOR HER NEXT EMPLOYMENT AFTER DRIFTING FOR HOLD CLEANING AND DIDN'T SAIL TO REDELIVERY PLACE AS PER C/P.

CHTRS HV MADE THEIR BEST EFFORT AND TRY TO SETTLE THIS MATTER IN A FRIENDLY AND AMICABLE WAY, H?EVER, IF OWNERS STILL CAN?T ACCEPT CHTR?S SUGGESTION AS ABV, CHTRS HV NO FURTHER COMMENTS ON THIS MATTER.

TKS&B.RGS

AUSEA

+++

THANKS & REGARDS

SEANET VANCOUVER
TEL/FAX : 1-604-444-5112 / -444-5122
EMAIL   : SEANET@3WEB.NET