## CERTIFICATE OF SERVICE BY REGULAR MAIL

The undersigned certifies under penalty of perjury that the following is true and correct:

1. I am over the age of eighteen years and I am not a party to this action.

2. On September 7, 2007, I served the attached **REPLY MEMORANDUM OF LAW, SECOND DECLARATION OF PHILIP BURNS, DECLARATION OF BRUCE BUCHAN, AND DECLARATION OF STEVEN TAN** by regular U.S. mail, true and complete copies of same to the following attorneys at their indicated office address:

To:  Blank Rome LLP
     Attorneys for Defendant
     The Chrysler Building
     405 Lexington Avenue
     New York, NY 10174-0208
     Attn.: Jack A. Greenbaum, Esq.


                                          _____
                                              Jennifer Scianna

Dated: September 7, 2007
       New York, New York