```
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SK Shipping (Singapore) PTE Ltd.,          :
                                            :
                        Plaintiff,          :
                                            :
        -against-                           :       07 Civ. 3059 (HB)
                                            :
China National Chartering Corporation,      :       Order
                                            :
                        Defendant.          :
-----------------------------------------------------------x

**Hon. HAROLD BAER, JR., District Judge:**

   WHEREAS a final arbitration award in the amount of $34,719.46 was rendered in London on March 9, 2007 in favor of Plaintiff SK Shipping and against Defendant China National Chartering Corporation; and
   WHEREAS Plaintiff submitted to this Court a motion seeking an order to confirm that award, pursuant to the New York Convention on the Recognition and Enforcement of Arbitral Awards, 9 U.S.C. § 201 et seq.; and
   WHEREAS Plaintiff submits credible evidence that notices were sent to Defendant informing Defendant of Plaintiff's plan to proceed in arbitration on four separate occasions, via electronic mail to an address Defendant acknowledges to be correct; and
   WHEREAS Defendant's blanket denial of receipt of any of these notices fails to overcome the presumption that electronic mail transmissions, once sent, are received by the e-mail addressee; it is hereby

   ORDERED that the arbitration award be confirmed and, subject to the presentation of the appropriate papers a judgment will be entered by the Clerk; and it is further
   ORDERED that HSBC Bank satisfy the award from any funds of Defendant that HSBC Bank has restrained pursuant to process of maritime attachment and garnishment; and it is further
   ORDERED that the Clerk of the Court is instructed to close any open motions and remove this matter from my docket.

SO ORDERED.

~~October~~ Nov 2, 2007
New York, New York

_____
U.S.D.J.