UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SK SHIPPING (Singapore) PTE LTD.,
                        Plaintiff,

-against-

CHINA NATIONAL CHARTERING CORP.,
                        Defendant.
---------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/8/07

07 CIVIL 3059 (HB)
**JUDGMENT**

      Whereas the above-captioned action having come before this Court, and the matter having come before the Honorable Harold Baer Jr., United States District Judge, and the Court, on November 2, 2007, having rendered its Order directing the Clerk of the Court to enter judgment confirming the final arbitration award in the amount of $34,719.46 in favor of plaintiff SK Shipping and against defendant China National Chartering Corp., and ordering HSBC Bank to satisfy the award from any funds of defendant that HSBC Bank has restrained pursuant to the process of maritime attachment and garnishment, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 2, 2007, judgment is entered confirming the final arbitration award in the amount of $34,719.46 in favor of plaintiff SK Shipping and against defendant China National Chartering Corp., and the Court orders HSBC Bank to satisfy the award from any funds of defendant that HSBC Bank has restrained pursuant to the process of maritime attachment and garnishment; accordingly, the case is closed.

**Dated:** New York, New York
          November 8, 2007

                                      **J. MICHAEL McMAHON**
                                              Clerk of Court
                          BY:
                                              Deputy Clerk

**THIS DOCUMENT WAS ENTERED**
**ON THE DOCKET ON** _____